# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00472-CV

### In re Darin J. Bassett and Kim A. Bassett

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the emergency motion to stay the trial is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Chari Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Filed: August 11, 2023